DAVID G. FREEDMAN (CA SBN 81989)
Attorney at Law
1800 Century Park East, 8th Fl.
Los Angeles, California 90067
Tel:   (310) 553-2121
Fax:   (310) 553-2111

Attorney for Defendant
BRE/Amerisuites Properties LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>            Plaintiff,<br><br>v.<br><br>BRE/AMERISUITES PROPERTIES LLC, dba AMERISUITES,<br><br>            Defendant. | **NO.: 2:06-CV-02001-LLK-EFB**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |

Plaintiff Lary Feezor and defendant BRE/Amerisuites Properties LLC hereby stipulate to and respectfully request entry of the order below granting defendant a three-week extension of time until November 10, 2006, within which to file and serve its answer.  This stipulation is based on the following facts:

   1. Plaintiff's complaint alleges claims for disability discrimination based on physical conditions allegedly existing at defendant's hotel located in Ranch Cordova.

   2. Defendant was served on October 2, 2006, and its answer to the complaint is due by October 23, 2006.

---
1
STIPULATION AND  ORDER TO EXTEND TIME TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com

3. Due to the nature of the conditions alleged by plaintiffs, defendant requires additional time to complete its investigation before it can respond to the factual allegations in the complaint.

Dated: October 11, 2006

/s/
_____
David G. Freedman
Attorney for Defendant
BRE/Amerisuites Properties LLC

Dated: October 11, 2006

/s/_____
Lynn Hubbard, III
Disabled Advocacy Group, APLC
Attorney for Plaintiff Lary Feezor

## ORDER

For good cause appearing from the stipulation of the parties, it is hereby ordered that defendant BRE/Amerisuites Properties LLC shall have until November 10, 2006, to file and serve its answer.

Dated: October 12, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com