1  DAVID G. FREEDMAN (CA SBN 81989)
   Attorney at Law
2  1800 Century Park East, 8th Fl.
   Los Angeles, California 90067
3  Tel:   (310) 553-2121
   Fax:   (310) 553-2111
4

5  Attorney for Defendant
   BRE/Amerisuites Properties LLC
6

7

8               UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  LARY FEEZOR,                          **NO.: 2:06-CV-02001-LLK-EFB**

12             Plaintiff,
                                          **STIPULATION AND ORDER TO**
13  v.                                    **EXTEND TIME TO ANSWER**

14  BRE/AMERISUITES PROPERTIES
    LLC, dba AMERISUITES,
15
               Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

                                1
              STIPULATION AND  ORDER TO EXTEND TIME TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff Lary Feezor and defendant BRE/Amerisuites Properties LLC hereby

2   stipulate to and respectfully request entry of the order below granting defendant an

3   extension of time until December 1, 2006, within which to file and serve its answer.

4   This stipulation is based on the following facts:

5    Plaintiff and defendant have agreed to settle this action on terms to be set forth

6   in a written settlement agreement.  The parties expect to finalize and sign the

7   settlement agreement no later than December 1, 2006.

8

9   Dated:  November 16, 2006

10                                                          /s/  *David G. Freedman*
                                                      _____
11                                                     David G. Freedman
                                                      Attorney for Defendant
12                                                     BRE/Amerisuites Properties LLC

13

14

15  Dated:  November 16, 2006

16                                                     _____
17                                                     Lynn Hubbard, III
                                                      Disabled Advocacy Group, APLC
18                                                     Attorney for Plaintiff Lary Feezor

19

20                              ORDER

21    For good cause appearing from the stipulation of the parties, it is hereby

22  ordered that defendant BRE/Amerisuites Properties LLC shall have until December 1,

23  2006, to file and serve its answer.

24

25  Dated:  November   28, 2006

26                                                     LAWRENCE  K. KARLTON
27                                                     SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT
28

2
STIPULATION AND  ORDER TO EXTEND TIME TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com