1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARY FEEZOR,
                                          NO. Civ. S-06-2001 LKK/EFB
12          Plaintiff,

13      v.                                **ORDER RE DISPOSAL
                                          DOCUMENTS AFTER**
14   BRE/AMERISUITES PROPERTIES,          **NOTIFICATION OF SETTLEMENT**
     LLC, dba AMERISUITES,
15
             Defendants.
16   _____/

17

18        Counsel for defendant has informed the court that the parties

19   have settled the above-captioned case.  The court now orders that

20   the dispositional documents disposing of the case be filed no later

     than twenty (20) days from the effective date of this order.
21
          All hearing dates heretofore set in this matter are hereby
22
     **VACATED.**
23
     ////
24
     ////
25

26

                                       1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4    IT IS SO ORDERED.

5    DATED:  November 29, 2006.

6

7

8

9    LAWRENCE K. KARLTON
     SENIOR JUDGE
10   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2