1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  DAVID FREEDMAN, SBN 81989
   LAW OFFICES OF DAVID G. FREEDMAN
7  1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
8  Telephone: (310) 553-2121
   Fax: (310) 553-2111
9
   Attorney for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14 LARY FEEZOR,                          Case No. CIV. S-06-02001-LKK-EFB

15      Plaintiff,

16 v.                                    **STIPULATION OF DISMISSAL AND ORDER THEREON**

17 BRE/AMERISUITES PROPERTIES, L.L.C.
   dba AMERISUITES,
18
        Defendant.
19 _____/

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon          Feezor v. AmeriSuites
                                                               CIV. S-06-02001-LKK-EFB

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendant, BRE/AMERISUITES PROPERTIES, L.L.C. dba AMERISUITES, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: December 6, 2006                 DISABLED ADVOCACY GROUP, APLC

                                                  /s/ Lynn Hubbard, III
                                                  LYNN HUBBARD, III
                                                  Attorney for Plaintiff

Dated: November 30, 2006                LAW OFFICES of DAVID G. FREEDMAN

                                                  /s/ David Freedman
                                                  DAVID FREEDMAN
                                                  Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02001-LKK-EFB, is hereby dismissed with prejudice.

Dated: December 6, 2006.


                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT